# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of October, two thousand and fourteen.

Before:        Ralph K. Winter,
                       *Circuit Judge.*

_____

Sunita Deswal, Pars Singh,

             Plaintiffs-Appellants,                  **ORDER**
                                                                       Docket No. 14-2169
v.

U.S. National Association, *et al.*,

             Defendants-Appellees.

_____


     Appellants move for an extension until November 12, 2014 to file their brief and the joint appendix in this matter.

     The court notes that this motion is filed in violation of Local Rule 27.1(f)(3) which requires that motions for extensions of time to file briefs must be made as soon as practicable after the circumstances justifying the extension are known.  Therefore, the court will not grant an extension to the full extent requested.  However, the court will grant an extension until October 29, 2014; no further extensions.  However, the appeal is dismissed effective October 29, 2014 unless a brief is filed by that date.  A motion for reconsideration or other relief will not stay the effectiveness of this order.  See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

                                                                      FOR THE COURT:

                                                                      Catherine O'Hagan Wolfe,
                                                                      Clerk of Court

